

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00526-CV

**IN THE INTEREST OF L.G., ET AL CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00461
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is granted. Time is extended until November 20, 2017. **Further extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court